**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rachel L. Agosto                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10643 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
08 Mar 2024, 16:02:40, EST

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322