Certificate Number: 12433-PAE-DE-038351553

Bankruptcy Case Number: 24-10643



12433-PAE-DE-038351553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2024</u>, at <u>2:13</u> o'clock <u>PM EDT</u>, <u>Rachel L. Agosto</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 5, 2024</u>

By:   <u>/s/Lisa Susoev</u>

Name:   <u>Lisa Susoev</u>

Title:   <u>Teacher</u>