

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

24-10643

DEBTOR(S):

RACHEL L AGOSTO

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $1,908.48

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

4/26/2024