IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Rachel L. Agosto | : | Case No. 24-10643-amc |
| Debtor(s) | | |

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
PENNSYLVANIA HOUSING FINANCE AGENCY
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted in part. Debtor missed several payments and asks for a chance to get caught up.
7. Denied.
8. Denied.
9. Denied.
10. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated: August 1, 2024

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated: August 1, 2024