IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                         :      Chapter 13


Rachel L. Agosto              :      No.  24-10643-amc
   Debtor


**PRAECIPE  TO  WITHDRAW**


Pursuant to the above-captioned matter, kindly withdraw the Motion to Pay, Document No. 25 filed on August 5, 2024.


/s/ David M. Offen
David M. Offen, Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA  19106
215-625-9600

Dated:  October 7, 2024