IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Rachel L. Agosto | : | Case No. 24-10643-amc |
| xxx-xx-3484 | | |
| Debtor | | |

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

**$350.00 EVERY 2 WEEKS**.

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

Date: Oct. 9, 2024

HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
Kenneth E. West, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

David M. Offen Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
(215) 625-9600

Payroll Controller
Einstein Health Network
5501 Old York Road
Philadelphia, PA 19141