# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RACHEL L. AGOSTO | ) | Case No. 24-10643-amc |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

## PRAECIPE TO WITHDRAW
## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan (Docket No. 23) filed by Portfolio Recovery Associates, LLC, assignee of Synchrony Bank, by and through its servicing agent, PRA Receivables Management, LLC ("PRA"), on July 18, 2024.

    Respectfully submitted,

Dated: December 2, 2024

/s/Jacob Zweig
Jacob Zweig, Esq. (PA Attorney ID: 331327)
Evans Petree PC
Attorneys for PRA
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726 Phone
(901) 374-7486 Fax
jzweig@evanspetree.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RACHEL L. AGOSTO | ) CASE NO. 24-10643-amc |
| | ) |
| | ) Chapter 13 |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

    I, Jacob Zweig, attorney for Portfolio Recovery Associates, LLC, assignee of Synchrony Bank, by and through its servicing agent, PRA Receivables Management, LLC ("PRA"), certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court the foregoing Praecipe to Withdraw Objection to Confirmation of Chapter 13 Plan on <u>December 2, 2024</u> and served same as indicated below.

**Mail Service:** via Regular, first-class United States mail, postage full pre-paid, addressed to:

Rachel L. Agosto
320 Gilham Street
Philadelphia, PA 19111

David M. Offen
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

                                      /s/Jacob Zweig
                                      Jacob Zweig, Esq. (PA Attorney ID: 331327)
                                      Evans Petree PC
                                      Attorneys for PRA
                                      1715 Aaron Brenner Drive, Suite 800
                                      Memphis, TN 38120
                                      (901) 271-0726
                                      (901) 374-7486 Fax
                                      jzweig@evanspetree.com