United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10643-amc |
| Rachel L. Agosto | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: May 13, 2025　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel L. Agosto, 320 Gilham Street, Philadelphia, PA 19111-5239 |
| 14859177 | + | Crdtworksllc, 3191 Coral Way, Miami, FL 33145-3213 |
| 14859179 | | Einstein Practice Plan, PO Box 780003, Philadelphia, PA 19178-0003 |
| 14864613 | + | Pennsylvania Housing Finance, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 14 2025 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 00:19:08 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 00:56:46 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14859171 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 14 2025 00:11:00 | Allstate Insurance Company, c/o CCS, PO Box 55126, Boston, MA 02205-5126 |
| 14859172 | + | Email/Text: jvalencia@amhfcu.org | May 14 2025 00:11:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14859175 | + | Email/Text: rm-bknotices@bridgecrest.com | May 14 2025 00:11:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14863775 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 00:30:43 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861100 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 00:19:07 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14889235 | | Email/Text: megan.harper@phila.gov | May 14 2025 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14859176 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 14 2025 00:18:14 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |

Case 24-10643-amc   Doc 55   Filed 05/15/25   Entered 05/16/25 00:35:44   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14859178 | + | Email/Text: mrdiscen@discover.com | May 14 2025 00:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14877288 | | Email/Text: bk@lakecitycredit.com | May 14 2025 00:11:00 | Lake City Credit, PO Box 1655, Lake Dallas, TX 75065 |
| 14863103 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 00:18:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859180 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 00:30:38 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14865219 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2025 00:18:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14859182 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2025 00:18:53 | Merrick Bank/Card Works, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14859183 | | Email/Text: blegal@phfa.org | May 14 2025 00:11:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14876622 | + | Email/Text: blegal@phfa.org | May 14 2025 00:11:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14859185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2025 01:07:19 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14879577 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2025 00:18:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14864151 | ^ | MEBN | May 14 2025 00:00:03 | Pennysylvania Housing Finance Agency, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14859186 | ^ | MEBN | May 14 2025 00:00:05 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 14859187 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2025 00:18:17 | Synchrony Bank, 170W Election Road, Suite 125, Draper, UT 84020-6425 |
| 14859188 | + | Email/Text: bncmail@w-legal.com | May 14 2025 00:11:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14859189 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 14 2025 00:42:17 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859174 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14859173 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14859181 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14859184 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 13, 2025 | Form ID: pdf900 | Total Noticed: 30 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Rachel L. Agosto dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor Portfolio Recovery Associates  LLC, assignee of Synchrony Bank, by and through its servicing agent, PRA Receivables Management, LLC jzweig@evanspetree.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| REGINA COHEN | on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Rachel L. Agosto | : | |
| Debtor | : | Bankruptcy No. 24-10643-amc |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either: (a) a Certification of No Response confirming that either an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

May 13, 2025
**DATED**

_____
**HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE**