IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Rachel L. Agosto | : | No.  24-10643-amc |
| Debtor | : | |

<u>CERTIFICATION OF NO OBJECTION</u>

I hereby certify that I have not received neither an objection to the Application for Compensation nor has an Application for Administrative expenses been filed and respectfully request that the Order attached to the Application be approved.


Dated: 06/10/2025                    /s/ David M. Offen
                                     David M. Offen, Esquire
                                     Attorney for Debtor(s)
                                     The Curtis Center
                                     601 Walnut Street, Suite 160 West
                                     Philadelphia, PA 19106
                                     215-625-9600
                                     info@offenlaw.com