IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Rachel L. Agosto | ) | Chapter 13 |
|         Debtor(s) | ) | |
| | ) | 24-10643-amc |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system on May 19, 2025:

- Application for Compensation of Attorney Fees
- Proposed Order
- Notice
- Exhibit A

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Dated:  June 18, 2025          /s/ David M. Offen
                               David M. Offen
                               Attorney for Debtor(s)
                               The Curtis Center
                               601 Walnut Street, Suite 160 West
                               Philadelphia, PA 19106
                               215-625-9600
                               info@offenlaw.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

**Rachel L. Agosto**
320 Gilham Street
Philadelphia, PA 19111
**Debtor via 1st Class Mail**

KENNETH E. WEST, Bankruptcy Trustee
ecfemails@ph13trustee.com
philaecf@gmail.com
**Trustee via CM/ECF**

Office of the United States Trustee, US Trustee
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via CM/ECF**

DENISE ELIZABETH CARLON
bkgroup@kmllawgroup.com
on behalf of **Creditor** PENNSYLVANIA HOUSING FINANCE AGENCY **via CM/ECF**

REGINA COHEN
rcohen@lavin-law.com
mmalone@lavin-law.com
on behalf of **Creditor** Bridgecrest Acceptance Corporation **via CM/ECF**

LEON P. HALLER
lhaller@pkh.com
dmaurer@pkh.com
mgutshall@pkh.com
khousman@pkh.com
on behalf of **Creditor** PENNSYLVANIA HOUSING FINANCE AGENCY **via CM/ECF**

JOHN ERIC KISHBAUGH, I
ekishbaugh@kmllawgroup.com
on behalf of **Creditor** PENNSYLVANIA HOUSING FINANCE AGENCY **via CM/ECF**

JACOB C. ZWEIG
jzweig@evanspetree.com
on behalf of **Creditor** Portfolio Recovery Associates, LLC, assignee of Synchrony Bank, by and through its servicing agent, PRA Receivables Management, LLC **via CM/ECF**

LVNV Funding, LLC

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
askbk@resurgent.com
**Creditor via e-mail**

Bridgecrest Acceptance Corporation c/o AIS Portfol
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
ECFNotices@aisinfo.com
**Creditor via e-mail**

Crdtworksllc
3191 Coral Way
Miami, FL 33145
docs@creditworksonline.com
**Creditor via e-mail**

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368
askbk@resurgent.com
**Creditor via e-mail**

Lake City Credit
PO Box 1655
Lake Dallas, TX 75065
bk@lakecitycredit.com
**Creditor via e-mail**

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
Bankruptcy_Info@prareceivables.com
**Creditor via e-mail**

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
Pamela.Thurmond@Phila.gov
**Creditor via e-mail**

```
PHFA
211 North Front Street
Harrisburg, PA 17101
```
**Creditor via 1st Class Mail**