**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Rachel L. Agosto           ) Chapter 13
         Debtor(s)                  )
                                    ) 24-10643-amc
                                    )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,663.00 is allowed and the balance in the amount of $3,663.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available.

_____           6/25/25
HONORABLE ASHELY M. CHAN              DATED:
CHIEF U.S. BANKRUPTCY JUDGE