United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-10643-amc
Rachel L. Agosto  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 25, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Rachel L. Agosto, 320 Gilham Street, Philadelphia, PA 19111-5239

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

**Name**     **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Rachel L. Agosto dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

JACOB C. ZWEIG
    on behalf of Creditor Portfolio Recovery Associates LLC, assignee of Synchrony Bank, by and through its servicing agent, PRA Receivables Management, LLC jzweig@evanspetree.com

JOHN ERIC KISHBAUGH, I
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY ekishbaugh@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

REGINA COHEN
    on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Rachel L. Agosto         )   Chapter 13
         Debtor(s)                )
                                  )   24-10643-amc
                                  )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,663.00 is allowed and the balance in the amount of $3,663.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available.

_____        6/25/25
HONORABLE ASHELY M. CHAN         DATED:
CHIEF U.S. BANKRUPTCY JUDGE